## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:16-cv-00633

Stacey Durocher,

    Plaintiff/Movant,

v.

Westlake Financial,

    Defendant.

---

## REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT WESTLAKE FINANCIAL

---

Plaintiff, Stacey Durocher ("hereinafter "Plaintiff"), by and through Plaintiff's counsel, hereby requests the Clerk of the Court enter default against Defendant Westlake Financial pursuant to Rule 55(a) of the Federal Rules of Civil Procedure ("FRCP") on the grounds that Defendant has failed to answer this matter's Complaint and has failed to appear to otherwise defend this action. Declaration of Jenny DeFrancisco ¶4.

Plaintiff served the Defendant with a summons and complaint on April 12, 2016, as evidenced by the proof of service on file with this Court. *Id*. ¶ 3. The Court has not granted Defendant extension of time to respond to the Complaint. *Id*. ¶ 4. On information and belief, the Defendant is neither an infant nor an incompetent person nor in the military service. *Id*. ¶¶ 5-6.

Dated: May 12, 2016

                        Respectfully submitted,
                        By: __*/s/ Jenny DeFrancisco*_____
                        Jenny DeFrancisco, Esq.
                        CT Bar No.: 432383
                        LEMBERG LAW LLC
                        43 Danbury Road, 3rd Floor
                        Wilton, CT 06897
                        Telephone: (203) 653-2250
                        Facsimile: (203) 653-3424
                        E-mail: jdefrancisco@lemberglaw.com
                        *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 12, 2016, a true and correct copy of the foregoing Request for Entry of Default was served electronically by the U.S. District Court for the District of Colorado Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By */s/ Jenny DeFrancisco*
                                            Jenny DeFrancisco, Esq.