**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 16-cv-00633-LTB

STACEY DUROCHER,

    Plaintiff,

v.

WESTLAKE FINANCIAL,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Withdrawal of Complaint and Voluntary Dismissal of Action With Prejudice Pursuant to Rule 41(a) (Doc 12 - filed January 12, 2017), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED: January 13, 2017